UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-285 JMR/FLN

| | | |
|---|---|---|
| DWIGHT DUBACK<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | ) | **STIPULATION TO AMEND PRETRIAL SCHEDULE AND ORDER** |

Plaintiff Dwight Duback and Defendant United States of America, through their counsel undersigned, for good cause shown, hereby agree to amend the Pretrial Schedule follows:

1. Discovery/Non-Dispositive Motions:

   a. All discovery shall be commenced in time to be completed by February 1, 2002.

   b. Rule 35 medical examinations shall be completed on or before February 1, 2002.

   c. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by June 1, 2002.

2. Expert Disclosure and Discovery:

   a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

      1) By Plaintiff on or before February 1, 2002.

      2) By Defendant on or before April 1, 2002.

   b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:



FILED OCT 15 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

1) By Plaintiff on or before February 1, 2002.

2) By Defendant on or before April 1, 2002.

c. Each party may depose no more than 7 expert witnesses on or before June 1, 2002.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed and scheduled for hearing prior to July 1, 2002.

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis at (612)664-5053.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial

a. This case shall be ready for trial on and after August 1, 2002, at which time it will be placed on the court's non-jury trial calendar.

b. Trial is estimated to last 3-5 trial days.

The good cause shown is that this is a medical malpractice case which presents complex issues of negligence, liability and damages. Most of the witnesses are physicians, many of whom are not located in Minnesota. Due to the recent terrorist attacks, counsel for the Veterans Administration, as well as the actual medical providers have had their work disrupted. The parties have exchanged written discovery, but have not yet taken depositions, which will involve travel. This time enlargement is requested before the originally prescribed deadlines have expired, pursuant

to Rule 6(b), Federal Rules of civil Procedure.

Respectfully submitted,

Dated: 9 Oct 01

Richard Gasperini

Richard H. Gasperini, Esq.
VA Bar No. 32140
Wright, Robinson, Osthimer & Tatum
411 East Franklin Street
4th Floor
Richmond, VA 23219-2205
(804)783-1100

Dated:

THOMAS B. HEFFELFINGER
United States Attorney

Mary J Madigan

BY: MARY JO MADIGAN
Assistant U.S. Attorney
Attorney ID Number 66266
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612)664-5600

**ORDER**

Based on the Stipulation of the parties and for good cause shown, it is hereby

**ORDERED** that the Pretrial Schedule is Amended as follows:

1. Discovery/Non-Dispositive Motions:

   a. All discovery shall be commenced in time to be completed by February 1, 2002.

   b. Rule 35 medical examinations shall be completed on or before February 1, 2002.

   c. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by June 1, 2002.

2. Expert Disclosure and Discovery:

   a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

      1) By Plaintiff on or before February 1, 2002.

2) By Defendant on or before April 1, 2002.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:
1) By Plaintiff on or before February 1, 2002.

2) By Defendant on or before April 1, 2002.

c. Each party may depose no more than 7 expert witnesses on or before June 1, 2002.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed and scheduled for hearing prior to July 1, 2002.

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis at (612)664-5053.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial

a. This case shall be ready for trial on and after August 1, 2002, at which time it will be placed on the court's non-jury trial calendar.

b. Trial is estimated to last 3-5 trial days.

Dated: 10/15/01

Franklin L. Noel, Chief
United States Magistrate Judge
9W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500