**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**St. Paul, Minnesota**

# NOTICE TO COUNSEL

Civil Case No.: 01-285 JEL/JGL
Dwight Duback vs. United States of America

NOTE NEW CASE NUMBER

**IN RE: Notice for Reassignment of Civil Cases**

**AT THE COURT'S DIRECTION,** the Clerk of Court is directed to refer the above entitled case to **U. S. District Court Magistrate Judge Jonathan G. Lebedoff** to handle magistrate judge proceedings in this case.

If you have questions or concerns regarding this assignment you may contact Mary Lenner at (612) 664-5120.

**DATED: June 28, 2002**

**Richard D. Sletten, Clerk**

**FILED 6/28/02**
**Richard D. Sletten, Clerk**
**JUDGMENT ENT'D____**
**DEPUTY CLERK _______**