**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DWIGHT DUBACK,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil No. 01-CV-285 (JEL/JGL)

**ORDER**

---

THIS MATTER came before the undersigned United States District Judge on Plaintiff's Motion for Partial Summary Judgment. Defendant filed a Memorandum in Opposition to Plaintiff's Motion for Partial Summary Judgment. Subsequently, Plaintiff filed a Reply Memorandum. Neither party requested oral argument on this motion.

Based on the file and documents contained therein, along with the memoranda of counsel,

**IT IS HEREBY ORDERED THAT:**

1. By no later than July 29, 2001, the Defendant shall comply with the requirements of Fed. R. Civ. P. 26(a)(2)(B) with respect to the expert qualifications of Dr. Bruce Hanson. (*See Patel v. Gayes*, 984 F.2d 214, 218 (7th Cir. 1993)("opinion of the general medical standard of care within the community...is 'classic' expert testimony"); *Cf. Peck v. Hudson City School Dist, Hudson, N.Y.*, 100 F.Supp.2d 118, 121 (N.D.N.Y. 2000)(Rule 26(a)(2)(B) report required of treating physician when testimony went beyond facts disclosed during care and treatment)).

2. Plaintiff's Motion for Partial Summary Judgment [Docket No. 16] be **DENIED**.

JUN 2 6 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: June 26, 2002.

JOAN ERICKSEN LANCASTER
United States District Judge