UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-CV-285 JEL/JGL

| | | |
|---|---|---|
| DWIGHT DUBACK, Plaintiff, | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| UNITED STATES OF AMERICA, Defendant. | ) | |

Based upon the Stipulation of the parties, and all the files, records, and proceedings in this matter, it is hereby

**ORDERED** that this action is dismissed in its entirety, with prejudice and without further cost to either party.

Dated:

The Honorable Joan E. Lancaster
United States District Court Judge



FILED NOV 21 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-CV-285 JEL/JGL

| | | |
|---|---|---|
| DWIGHT DUBACK, Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | ) | **STIPULATION OF DISMISSAL** |

IT IS STIPULATED AND AGREED by and between the parties hereto, through their respective attorneys, that this action may be dismissed with prejudice and without further cost to either party.

Dated: 11/12/02

THOMAS B. HEFFELFINGER
United States Attorney

Mary Jo Madigan

BY: MARY JO MADIGAN
Assistant U.S. Attorney
Attorney ID Number 66266
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415
(612) 664-5600
Attorneys for Defendant

Dated: 8 Nov 02

Richard H. Gasperini

Richard H. Gasperini, Esq.
WRIGHT, ROBINSON, OSTHIMER & TATUM
411 East Franklin Street, 4th Floor
Richmond, Virginia 23219-2205

Attorney for Plaintiff

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK